UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WEBSTER RASHADA,

    Plaintiff,

v.

UNKNOWN ODUNGUA, et al.,

    Defendants.

_____/

Case No. 1:22-cv-1017

HON. JANE M. BECKERING

### ORDER

This is a prisoner civil rights action under 42 U.S.C. § 1983.  Defendants filed a Motion for Summary Judgment (ECF No. 17).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 7, 2024 (ECF No. 21), recommending that this Court grant the motion for summary judgment and terminate the case.  The Report and Recommendation was duly served on the parties.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 21) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 17) is GRANTED.

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender" and "unable to forward" (ECF No. 23).  Plaintiff has failed to keep the Court apprised of his current address.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: March 19, 2024         /s/ Jane M. Beckering    
                              JANE M. BECKERING
                              United States District Judge